RUFUS A. PRESCOTT and Others, Appellants, Respondents, v. HERBERT D. WILLIAMS, Respondent, Appellant, and Others, Respondents, Impleaded with Others.— Motions denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHILDS COMPANY, Relator, v. JOHN F. GILCHRIST and Others, Constituting the State Tax Commission, Respondents.— Motion denied. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

FRANCES THOMPSON, an Infant, by CATHERINE MYER, Her Guardian ad Litem, Respondent, v. CLOWRY CHAPMAN, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ.

JOHN SCHERMERHORN, as Administrator, etc., of FANNIE POTTS HAWLEY, Deceased, Respondent, v. WILLIAM P. HAWLEY, Individually and as Executor, etc., of SAMUEL HAWLEY, Deceased, MARIE NATALIE DAVIS, as Executrix of the Estate of FRANK H. DAVIS, Deceased, Defendants. WALTER S. CRANDELL and CHARLES K. SEYMOUR, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY, Appellant, v. WILLIAM L. WEINSTOCK, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

NICK COLAFEMINA and Others, Respondents, v. HOWARD E. PECK and Another, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

THE TITLE AND MORTGAGE GUARANTY COMPANY OF SULLIVAN COUNTY, Respondent, v. FERDINAND BARENBLATT and Others, Defendants. BENJAMIN C. RILEY, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of JOSEPH PUMALO, Respondent, against LIBERATO FIOTO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, because the findings do not justify the award, and that an award for a temporary total disability cannot be superimposed upon a schedule award. Cochrane, P. J., Van Kirk, Hinman, McCann and Whitmyer, JJ., concur.